US DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

[Plaintiff]
ZIYAO JIANG
514 Pennsylvania Ave, Johnstown, PA 15906
vs.
[Defendant]
CITADEL SECURITIES LLC;
CITADEL LLC;
MTV ENTERTAINMENT STUDIO;
KARTEMQUIN FILM;
ZHAO PENG;
CHERRY CHEN.

Case No 3:26-CV-1767

RECEIVED
SEP 0 9 2026
Clerk, U.S. District Court
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

COMPLAINT

Defendant:
#1. CITADEL SECURITIES LLC, 425 Park Ave, New York, NY 10022.
#2. CITADEL LLC, 830 Brickell Plaza, Floor 15, Miami, FL 33131.
#3. MTV ENTERTAINMENT STUDIO, 1515 Broadway, New York, NY 10036.
#4. KARTEMQUIN FILM, 1757 N. Kimball Ave, Ste. 103A, Chicago, IL 60647.
#5. ZHAO PENG, CEO of #1, same address to #1.
#6. CHERRY CHEN. Wife of #5, same address to #5.

Defendants participated organized crimes of Central Government of China and Ministry of Public Safety. Plaintiff claims compensation at amount of $200,000,000,000.

Sep 08, 2026

Ziyao Jiang